1

2

3
UNITED STATES DISTRICT COURT

4
CENTRAL DISTRICT OF CALIFORNIA

5
DAVID JENKINS, an individual;
JENNIFER JENKINS, an individual )

6
)

Plaintiffs,           )   NO.  EDCV-13-00430-JLQ

7
)

v.                    ) **ORDER GRANTING**

8
) **REQUEST FOR DISMISSAL**
) **WITHOUT PREJUDICE**

9
JPMORGAN CHASE BANK, N.A.,      )
a National Association; DOES 1   )

10
through 10, Inclusive,           )
)

11
Defendants.          )
)

12
**IT IS HEREBY ORDERED:**

13
        Pursuant to the Notice of Voluntary Dismissal signed by counsel for all

14
parties who have appeared (ECF No. 41) and filed pursuant to Fed.R.Civ.P.

15
41(a)(1)(A)(ii), IT IS ORDERED AND ADJUDGED:

16
        1. Plaintiffs' request for voluntary dismissal without prejudice is hereby

17
**GRANTED**; and

18
        2.  The claims in the First Amended Complaint (ECF No. 22) asserted against

19
the Defendants shall be **DISMISSED** without prejudice and without costs or

20
attorneys fees to any party.

21
        Pursuant to Fed.R.Civ.P. 58, entry of final judgment will follow this order in

22
a separate document.

23
        **IT IS SO ORDERED.**  The Clerk of this court shall enter this Order and

24
furnish provide copies to counsel.

25
        Dated this 3rd  day of February, 2014.

26
                        s/ Justin L. Quackenbush
                     JUSTIN L. QUACKENBUSH

27
        SENIOR UNITED STATES DISTRICT JUDGE

28

ORDER – 1