JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JENKINS, an individual; JENNIFER JENKINS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a National Association; DOES 1 through 10, Inclusive,<br><br>Defendants. | NO. EDCV-13-00430-JLQ<br><br>**JUDGMENT IN A CIVIL CASE** |

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in this proceeding as follows: Plaintiffs' claims for relief in the Amended Complaint (ECF No. 22) asserted against the Defendants are hereby dismissed without prejudice and without costs or attorneys fees to any party.

**IT IS SO ORDERED**. The Clerk of this court shall enter this **JUDGMENT**, furnish provide copies to counsel, and **CLOSE THE FILE**.

Dated this 3rd day of February, 2014.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1